**MANNY INDUSTRIES, etc., et al., Appellants,**

v.

**SECRETARY OF LABOR et al., Appellees.**

No. 77-3285.

United States Court of Appeals, Ninth Circuit.

May 4, 1979.

Edward S. Nissman, Los Angeles, Cal., for appellants.

Carolyn M. Reynolds, Asst. U. S. Atty., Los Angeles, Cal., for appellees.

Before CHAMBERS and ELY, Circuit Judges, and COPPLE,* District Judge.

The judgment of the district court is affirmed. We agree with the district court's opinion reported, *Manny Industries v. Secretary of Labor*, 432 F.Supp. 88 (1977).

There are additional points not covered by the district court's opinion, but we find them without merit.

* The Honorable William P. Copple, United States District Judge for the District of Arizona, sitting by designation.